**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-CV-1144-JLK-MJW

MATT LINGER,

              Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

              Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

   IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

   DATED at Denver, Colorado, this 3rd day of August, 2005.

              BY THE COURT:

              **s/John L. Kane**
              U. S. DISTRICT COURT JUDGE